FILED

05/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0527

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0527

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ROBIN REID COLLINS,

     Defendant and Appellant.

**ORDER**

Upon consideration of the Appellant's Motion for Extension of Time, and good cause appearing therefor,

IT IS HERBY ORDERED that the Motion is GRANTED. Appellant's Reply Brief shall be filed on or before June 22, 2022.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 11 2022